TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Acting Chief, Financial Litigation Section
ROBERT I. LESTER (CBN 116429)
Assistant United States Attorney
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-2464
    Facsimile:  (213) 894-7819
    Email: robert.lester@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ROY ALONZO DICKINSON,<br><br>        Defendant. | No. CV 21-06973<br><br>[SACR 12-0014-CJC]<br><br>**UNITED STATES OF AMERICA'S APPLICATION FOR ISSUANCE OF:**<br><br>**WRIT OF CONTINUING GARNISHMENT TO GARNISHEE TD AMERITRADE, INC.**<br>**[28 U.S.C. § 3205(b)]**<br><br>**AND**<br><br>**CLERK'S NOTICE OF ENFORCEMENT TO DEBTOR**<br>**[28 U.S.C. § 3202(b)]** |

The United States of America, in accordance with 28 U.S.C. § 3205(b)(1), applies for a Court order issuing a writ of continuing garnishment in order to secure payment by defendant Roy Alonzo Dickinson ("Defendant") on the criminal judgment debt entered against him in the Western District of Virginia and now enforced here in *United States v. Roy Alonzo Dickinson*, SACR 12-0014-CJC.  In connection with this request, the United States also seeks the issuance of a Clerk's notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the United States as an attachment to this application.

On February 20, 2009, the United States District Court in the Western District of Virginia imposed the following criminal judgment debt against Defendant:

- Restitution: $306,486.37, plus interest
- Special assessment: $200.00

Defendant's Social Security Number XXX-XX-1527.  On information and belief, Defendant resides in Las Vegas, Nevada.

As of August 24, 2021, Defendant's criminal debt balance is $ 181,799.65, exclusive of interest and any penalties for delinquency and default.  Demand for payment of the above-stated debt was made upon Defendant more than thirty (30) days before the date of this application, and Defendant has not paid the amount due.

Garnishee TD Ameritrade, Inc ('Garnishee") is believed to owe or will owe, money or property to Defendant, or is in possession of property of Defendant, and Defendant has a substantial nonexempt interest in the property.  Specifically, it is believed that funds, assets, or property belonging to Defendant are currently in Garnishee's custody, control, or possession.  By and through this writ of continuing garnishment, the United States seeks to take the funds or property from Defendant to secure payment towards the criminal judgment debt. 28 U.S.C. § 3205(b)(1)(C).

///
///
///

The name and address of Garnishee or the Garnishee's authorized agent is:

    **TD Ameritrade, Inc.**
    **c/o Legal Process Department**
    **200 South 108th Avenue**
    **Omaha, Nebraska 68154**

Dated:  August 30, 2021.	Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Acting Chief, Financial Litigation Section

   /s/ *Robert I. Lester*
ROBERT I. LESTER
Assistant United States Attorney

Attorneys for Plaintiff
United States of America